UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **ED CV 16-859-DMG (RAOx)** | Date  October 4, 2016 |
| Title  *Theresa Brooke v. Santony Investments, LLC* | Page  1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, filed October 3, 2016, indicating that the case has settled in its entirety, this action is placed in inactive status.

By October 17, 2016 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of October 18, 2016.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The order to show cause dated October 3, 2016 is hereby DISCHARGED.

IT IS SO ORDERED.